UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES KNAPP, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ART.COM, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 16-cv-00768-WHO<br><br>**ORDER RE STIPULATION TO CONTINUE DATE OF CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: February 16, 2016 |

**ORDER**

Good cause appearing therefor, the Court orders that the initial Case Management Conference in this action is continued to June 8, 2016 at 2:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 24, 2016

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE