1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JAMES KNAPP, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ART.COM, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 3:16-cv-00768-WHO<br><br>[Hon. William H. Orrick]<br><br>**ORDER GRANTING JOINT STIPULATION RE: CASE MANAGEMENT SCHEDULE** |
|---|---|

**ORDER**

The Court, having considered the Parties' Joint Stipulation Re: Case Management Schedule, and for good cause appearing, HEREBY ORDERS that the Parties' Stipulation is GRANTED as modified below.  The Court sets the following schedule:

  a. Non-Expert Discovery Cut-Off: May 10, 2017
  b. Expert Disclosure for trial (Initial): May 24, 2017.
  c. Expert Disclosure for trial (Rebuttal): June 14, 2017
  d. Expert Discovery Cut-Off: July 7, 2017
  e. Last Date to Hear Motions: September 6, 2017
  f. Final Pretrial Conference: **December 4**, 2017, at 2:00 p.m., in Courtroom 12, 19th Floor.
  g. Jury Trial: January **8**, 2018

The parties have an ADR phone conference on October 24, 2016, after which time a schedule will be set for formal settlement efforts.

**IT IS SO ORDERED.**

DATED: June 16, 2016

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE