1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES KNAPP, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ART.COM, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 16-cv-00768-WHO<br><br>[Hon. William H. Orrick]<br><br>**ORDER GRANTING JOINT STIPULATION RE: MOTION FOR PRELIMINARY APPROVAL** |

**ORDER**

The Court, having considered the Parties' Joint Stipulation Re: Motion for Preliminary Approval, and for good cause appearing, HEREBY ORDERS that the Parties' Stipulation is GRANTED.  The Court hereby finds and orders as follows:

1. The hearing dates on Plaintiff's motion for class certification and Art.com's motion for summary judgment shall be taken off calendar; and

2. All filing deadlines in connection with Plaintiff's motion for class certification and Art.com's motion for summary judgment shall be vacated.

**IT IS SO ORDERED.**

DATED: December 12, 2016

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE