1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES KNAPP, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ART.COM, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 16-cv-00768-WHO<br><br>[Hon. William H. Orrick]<br><br>**ORDER RE STIPULATION TO CONTINUE HEARING DATE OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT TO APRIL 19, 2017**<br><br>Complaint Filed: February 16, 2016<br>Trial Date:        January 8, 2018 |

**ORDER**

Good cause appearing therefor, the Court orders that the hearing on Plaintiff's Motion for Preliminary Approval of Settlement is continued to April 19, 2017 at 2:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 15, 2017

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE