UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES KNAPP, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ART.COM, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: CV-16-00768-WHO<br><br>[Hon. William H. Orrick]<br><br>**REVISED ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiff James Knapp's Unopposed Motion for Preliminary Approval of Class Action Settlement came before this Court on April 12, 2017.  The Court, having considered the proposed Settlement Agreement and the exhibits attached thereto (hereafter, collectively, the "Settlement Agreement"), having considered the Motion and supporting documents, having considered the Parties' Joint Stipulation Re: Modification of Implementation Dates and Settlement Class Definition, and good cause appearing, HEREBY ORDERS AS FOLLOWS:

1. Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, the Court grants preliminary approval of the Settlement as set forth in the Settlement Agreement, solely for the purposes of implementing the Parties' Settlement Agreement, and finds the terms to be within the range of reasonableness of a settlement that ultimately could be granted approval by the Court at the final Fairness Hearing.  The Settlement Agreement is the result of arm's-length negotiations between experienced attorneys who are familiar with class action litigation in general and with the specific legal and factual issues in this case.  The Court has considered the alleged merit of Plaintiff's claims, Defendant Art.com, Inc.'s potential liability, the procedural status of the case, the allocation of Settlement proceeds among Class Members, and the fact that the Settlement represents a compromise of the Parties' respective positions.

2. This Order ("Preliminary Approval Order") hereby incorporates by reference the definitions in the Settlement Agreement, and all terms herein shall have the same meaning as set forth in the Settlement Agreement.

3. The Court grants preliminary approval of the Settlement based on the terms set forth in the Settlement Agreement and preliminarily finds that the Settlement is fair, adequate, and reasonable to the Class Members.

4. The Court hereby certifies, for purposes of settlement only, the following class (the "Class"):

> All persons, who between February 12, 2012, to June 9, 2016, purchased any product from Art.com through the e-commerce websites www.art.com, www.posters.com, and/or www.allposters.oom, pursuant to a sale by entering a coupon code, and whose product was shipped to an address in the United States.

Excluded from this definition are the following individuals and/or entities: Art.com and its parents, subsidiaries, affiliates, officers and directors, current or former employees, and any entity in which Art.com has a controlling interest; all individuals who make a timely election to be excluded from this proceeding using the correct protocol for opting out; and all judges assigned to any aspect of this litigation, as well as their immediate family members.

5. The Court finds, for purposes of settlement only, that the Class meets the requirements for certification under Federal Rules of Civil Procedure Rule 23 in that: (1) the Class is so numerous that joinder of all members is impractical; (2) there are questions of law and fact that are common to the Class which predominate over individual issues; (3) Plaintiff's claims are typical of the claims of the Class; (4) Plaintiff and his counsel will fairly and adequately protect the interests of the Class; and (5) a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

6. Plaintiff James Knapp is conditionally approved as the Class representative.

7. Schneider Wallace Cottrell Konecky & Wotkyns LLP and the Wand Law Firm are conditionally approved as Class Counsel.

8. The Court approves of Heffler Claims Group as the Settlement Administrator.

9. The Court approves as to form and content the Notice of Class Settlement ("Notice") attached as Exhibit A to the Settlement Agreement with the revision to the Class Definition set forth in the Parties' Joint Stipulation Re: Modification of Implementation Dates and Settlement Class Definition as reflected above.

10. The Court hereby authorizes the Settlement Administrator to send notice to Class Members as set forth in the Settlement Agreement.

11. The Court finds that method of providing notice to the Class as set forth in the Settlement and this Preliminarily Approval Order meets the requirements of due process, provides the best notice practicable to Class Members under the circumstances, and constitutes due and sufficient notice to all Class Members of the Settlement and their rights related thereto.

12. Class Counsel shall serve and file a motion for final approval of the Settlement and a motion for the award of attorneys' fees and litigation costs provided for in the Settlement by the deadline set forth below.

13. A hearing to determine whether the Settlement is fair, reasonable and adequate to the members of the Settlement Class and whether the Settlement should be finally approved will be held no less than 105 days after entry of this Preliminarily Approval Order, namely on **August 9, 2017 at 2:00 p.m.**, in Courtroom 2 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California 94102 ("Final Approval Hearing"). The Court may adjourn or continue the date of the Final Approval Hearing without further notice to Class Members, and retains jurisdiction to consider all further applications or motions arising out of or connected with the Settlement.

14. Any Class Member or other person may appear and show cause, if he or she has any, as to why the Settlement of the Class Action should or should not be approved as fair, reasonable and adequate, or why the Final Order and Judgment should or should not be entered; provided, however, that no Class Member or other person shall be heard or entitled to object to the approval of the terms and conditions of the Settlement, or, if approved, the Final Order and Judgment to be entered thereon approving the same, unless the Class Member or other person has served a written statement of objections and/or briefs in support of his or her position ("Notice of Objection") upon the Settlement Administrator, and, in addition, filed his or her Notice of Objection and/or brief with the Clerk of this Court, in accordance with the instructions and deadline specified in the Class Notice and in this Preliminary Approval Order.

15. Any Class Member or other person who does not serve and file a Notice of Objection in the manner provided for in this Preliminary Approval Order and the Class Notice shall be deemed to have waived any objections and shall forever be foreclosed from making any objection to or from taking any appeal from any determination regarding the fairness, reasonableness or adequacy of the Settlement, and all terms therein, or the Final Order and Judgment.

16. Class Members who wish to opt out of or exclude themselves from the Class Action and, in turn, the Settlement, must do so in accordance with the instructions and deadline specified in the Class Notice and in this Preliminary Approval Order.

17. Class Members shall continue to be bound by all determinations of the Court, and by the Settlement, whether favorable or unfavorable, until such time as they properly opt out of or exclude themselves from the Class Action, and, in turn, the Settlement, if at all.

18. The Court orders the Parties to carry out the Settlement according to its terms.

19. To the extent permitted by law, and pending a final determination as to whether the Settlement should be approved, Class Members, whether directly, representatively, or in any other capacity, and without regard as to whether or not such persons have appeared in the Class Action, shall not institute or prosecute any Released Claims against Defendant Art.com, Inc. or any of the other Released Parties.

20. The Court orders the following implementation schedule for further proceedings:

| | |
|---|---|
| Deadline for Defendant to provide Class Information to Settlement Administrator | May 1, 2017 |
| Deadline for Settlement Administrator to send Class Notice to Class Members and to make Settlement website | Three business days after entry of this Order |
| Deadline for Class Members to opt out of Settlement or serve and file written objections to Settlement ("Opt-Out and Objection Date") | July 21, 2017 |
| Deadline for Class Counsel to file Motion for Attorneys' Fees and Costs | June 30, 2017 |
| Deadline for Plaintiff to file Motion for Final Approval of Settlement of Class Action | July 27, 2017 |
| Deadline for Settlement Administrator to submit declaration to Court re. Class Notice | July 31, 2017 |
| Deadline for Settlement Administrator to submit declaration to Court affirming that Vouchers have been distributed | September 28, 2017 |

**IT IS SO ORDERED.**

DATED: May 18, 2017

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE