| | |
|---|---|
| THE WAND LAW FIRM<br>Aubry Wand (SBN 281207)<br>400 Corporate Pointe, Suite 300<br>Culver City, California 90230<br>Telephone: (310) 590-4503<br>Facsimile: (310) 590-4596<br>E-mail: awand@wandlawfirm.com | SCHNEIDER WALLACE COTTRELL<br>KONECKY WOTKYNS LLP<br>Todd M. Schneider (SBN 158253)<br>Jason H. Kim (SBN 220279)<br>Kyle G. Bates (SBN 299114)<br>2000 Powell Street, Suite 1400<br>Emeryville, California 94608<br>Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105<br>E-mail: tschneider@schneiderwallace.com<br>          jkim@schneiderwallace.com<br>          kbates@schneiderwallace.com |

*Attorneys for Plaintiff and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES KNAPP, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ART.COM, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO.: 4:16-cv-00768-WHO<br><br>[Honorable William H. Orrick]<br><br>**DECLARATION OF JAMES KNAPP IN SUPPORT OF PLAINTIFF'S MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS AND CLASS REPRESENTATIVE SERVICE AWARD**<br><br>Date:         August 9, 2017<br>Time:        2:00 p.m.<br>Courtroom:  2<br><br>Complaint filed:  February 16, 2016<br>Trial Date:       None Set |

-1-

DECLARATION OF JAMES KNAPP ISO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND CLASS REPRESENTATIVE SERVICE AWARD; CASE NO. 4:16-CV-00768-WHO

## DECLARATION OF JAMES KNAPP

1. I am the Plaintiff in the above-captioned case. I have personal knowledge of the facts set forth in this declaration and could and would readily and competently testify under oath if called as a witness.

2. I understand that this declaration will be used in support of Plaintiff's Motion for Approval of Attorneys' Fees and Costs and Class Representative Service Award.

3. I understand that the Settlement Agreement in this case provides for a class representative service award of up $5,000, which is subject to the Court's approval. I also understand that the requested service award is not conditioned on approval of the Settlement. In other words, I understand that this Settlement could be approved but that I would be awarded a sum smaller than $5,000, or even no award at all. That said, I believe the $5,000 is reasonable based on the efforts that I have expended in this case and the excellent result achieved for the Class.

4. To date, I have reviewed and responded to written discovery, I sat for my deposition on July 8, 2016, and I have been in regular contact with my attorneys in this case, reviewing documents and providing them with information, whenever they requested it from me. I estimate that I have devoted approximately 28 hours of my time to this case, which can roughly be broken down as follows:

- 4 hours speaking and meeting with my counsel before the filing of the Complaint
- 6 hours responding and reviewing written discovery responses and communicating with my counsel
- 11 hours preparing and sitting for my deposition
- 1 hour consulting with my attorneys and reviewing/signing a declaration in support of Plaintiff's motion for class certification
- 6 hours consulting with my attorneys during the mediation and reviewing various documents relating to settlement and administration of the settlement

5. I was prepared to testify at trial, if necessary.

6. In making the decision to bring this case, I understood that my name would be a part of the public record in connection with this lawsuit. I did not necessarily want my name to be in the public domain in this context, and I have never filed a lawsuit other than this one, but I decided to proceed because I wanted to stand up for the rights of other consumers, in addition to my own.

7. My primary goal in this case was to put an end to a business practice that I thought was deceptive. I understand that this Settlement requires Art.com to make changes to its business practices such that its advertised sales are bona fide sales and so that consumers are not likely to be deceived in the future.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on 6/29/17 at Los Angeles, California.

James Knapp

-3-
DECLARATION OF JAMES KNAPP ISO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND CLASS REPRESENTATIVE SERVICE AWARD; CASE NO. 4:16-CV-00768-WHO